CONSUMERS' RESEARCH, INC., APPELLANT, v. ALICE B. EVANS AND BOARD OF REVIEW, ETC., RESPONDENTS.

Submitted October 27, 1944—Decided January 4, 1945

For the appellant, *Waugh, Toppey & Consodine*.

For the respondents, *Clarence F. McGovern*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Porter in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, CASE, DONGES, COLIE, WELLS, RAFFERTY, HAGUE, THOMPSON, DILL, JJ.   11.

*For reversal*—None.